**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| James Theodore Sharkey,<br><br>     Plaintiff<br>v.<br><br>Nevada Orthopedic Spine Center, et al.,<br><br>     Defendants | Case No. 2:20-cv-00792-JAD-EJY<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF Nos. 1, 2, 5] |

On May 27, 2020, the magistrate judge screened Plaintiff James Theodore Sharkey's complaint, found that it fails to state a claim upon which relief may be granted, and recommended that I dismiss this case with prejudice.[1] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one, and "no review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

Accordingly, IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 5] is ADOPTED** in full and **this case is dismissed with prejudice because it is clear that the complaint's deficiencies could not be cured through amendment.**

IT IS FURTHER ORDERED that **all pending motions [ECF Nos. 1, 2] are DENIED as moot.** The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 11, 2020

---

[1] ECF No. 5.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).